# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL DIAZ, | Case No. CV 11-7871 PA (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.D. BITER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 24, 2013

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE